WEATHERED *v.* BRAY.

A motion in arrest of judgment is an affirmance of the verdict.

It is no answer to a suit for obstructing a highway, that the defendant opened another way through which travel could pass.

*Thursday,*
*June 19.*

APPEAL from the *Hendricks* Circuit Court.

*Per Curiam.*—In this case the record does not purport to contain all the evidence. *Meeker* v. *Patty,* 6 Ind. 467. And, further, a motion in arrest of judgment was made before the motion for a new trial. The motion in arrest was an affirmance of the verdict. *McKinney* v. *Springer,* 6 Ind. R. 453.—*Doe* v. *Clark, id.* 466.

It should be mentioned that the defendant offered to prove that he had made another way in which travel could pass; but that was no justification for obstructing the legal highway. A man has not a right to close and open highways according to his own fancy.

The judgment is affirmed with costs.

*C. C. Nave,* for the appellant.